Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| IVÁN RIVERA GÓMEZ Y OTROS<br><br>Peticionaria<br><br>V.<br><br>ARCOS DORADOS PUERTO RICO, INC. Y/O ARCOS DORADOS S.A. Y/O ARCOS DORADOS MCDONALD'S DIVISIÓN DEL CARIBE Y/O SUS AGENTES Y OTROS<br><br>Recurrida | KLCE202500024 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.: BY2018CV01176 (0505)<br><br>Sobre: CAÍDAS Y OTROS |
|---|---|---|

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Grana Martínez y el Juez Adames Soto.

Grana Martínez, Jueza Ponente

### SENTENCIA

En San Juan, Puerto Rico a 5 de marzo de 2025.

Los peticionarios Iván Rivera Gómez, Magda Ruth Crespo Vigio, su sociedad legal de gananciales e Iván Yamil Rivera Ramírez solicitaron revisión de la denegatoria del Tribunal de Primera Instancia a permitirles enmendar el Informe de Conferencia Preliminar.

La recurrida Arcos Dorados de Puerto Rico, LLC presentó su oposición al recurso.

No obstante, el 10 de febrero de 2025, los peticionarios presentaron MOCION EN SOLICITUD DE DESISTIMIENTO VOLUNTARIO CON PERJUICIO en la que informaron que ambas partes determinaron finalizar el litigio, sin especial imposición de costas, gastos ni honorarios de abogado.

El 20 de febrero de 2025 se le concedió a la parte recurrida término para expresarse en cuanto a la Moción de desistimiento voluntario, el término concedido venció y esta parte no compareció.

Número Identificador

SEN2025 _____

A tenor con lo establecido en la Regla 83 A del Reglamento del Tribunal de Apelaciones declaramos HA LUGAR la solicitud de los peticionarios y dictamos sentencia de desistimiento con perjuicio.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones